**UNITED STATES OF AMERICA**
**Plaintiff—Appellee,**

v.

**Enrico RHODES Defendant—**
**Appellant.**

**No. 03–3173.**

United States Court of Appeals,
Sixth Circuit.

June 23, 2004.

Sharon L. Long, Asst. U.S. Attorney, U.S. Attorney's Office, Cleveland, OH, for Plaintiff–Appellee.

J. Dean Carro, University of Akron School of Law, Appellate Review Office, Akron, OH, for Defendant–Appellant.

Before MERRITT and DAUGHTREY, Circuit Judges; and NIXON,* District Judge.

## ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof, the court finds that there is substantial evidence to support the verdict of the jury and that no prejudicial error has intervened.

Accordingly, it is ORDERED that the judgment of the district court be and it hereby is affirmed.